UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANDRE JONES, | ) )  ) |
| Plaintiff, | ) ) CASE NO.: |
| v. | ) ) |
| ALCLEAR, LLC d/b/a CLEAR, | ) ) |
| Defendant. | ) ) |

### DECLARATION OF MATT LEVINE

I, Matt Levine under penalty of perjury, declare and state:

1. I am over eighteen years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify to the matters stated herein.

2. I am the General Counsel and Chief Privacy Officer at Alclear, LLC ("Clear"). I have held this position since June 2012.

3. On or about July 25, 2017, a civil action was filed in the Ninth Judicial Circuit in and for Orange County, Florida, captioned *Andre Jones v. Alclear, LLC d/b/a Clear* (the "State Court case"). The State Court case was assigned case number 2017-CA-006770-0.

4. On August 14, 2017, Clear was served with the Complaint in the State Court case by service on its registered agent.

1


EXHIBIT A

5. At the time the State Court Complaint was filed, Clear was, and continues to be, a Delaware limited liability company, with its principal place of business in New York, New York. The New York headquarters is the center of management, and all of Clear's general policies and procedures are formulated there. Clear's officers direct, control and coordinate Clear's activities out of New York.

6. The Plaintiff in this matter, Andre Jones, was employed by Clear from October 6, 2014 to July 28, 2015.

7. Clear's personnel records regarding Mr. Jones indicate that he resided in Florida during his entire employment with Clear.

8. I have reviewed the payroll records for Mr. Jones. At the time of his termination on July 28, 2015, Mr. Jones was paid a base salary of $75,000 per year.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON September 12, 2017

Matt Levine
General Counsel and Chief Privacy Officer
Alclear, LLC