## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## IN AND FOR ORANGE COUNTY FLORIDA
## CIVIL DIVISION

|  |  |
|---|---|
| **ANDRE JONES,** ) | |
| ) | |
| **Plaintiff,** ) | CASE NO.: 2017-CA-006770-O |
| ) | |
| **v.** ) | |
| ) | |
| **ALCLEAR, LLC d/b/a CLEAR,** ) | |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S NOTICE OF FILING NOTICE OF AND PETITION FOR REMOVAL

Defendant, ALCLEAR, LLC d/b/a CLEAR ("Defendant"), through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, and the Federal and Florida Rules of Civil Procedure, hereby gives notice that it has removed this action to federal court by sending a Notice of and Petition for Removal to the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division, via hand delivery, for filing on or before September 13, 2017.  A true and correct copy of the Notice of and Petition for Removal is attached hereto as Exhibit "A."

DATED this 13th day of September, 2017.

Respectfully submitted,

/s/ Laura E. Prather
Laura E. Prather, B.C.S.
LEAD COUNSEL
Florida Bar No.: 870854
laura.prather@jacksonlewis.com
JACKSON LEWIS PC
Wells Fargo Center
100 South Ashley Drive - Suite 2200
Tampa, FL  33602
Telephone:  (813) 512-3210
Facsimile:  (813) 512-3211



**AND**

Alicia M. Chiu, Esq.
Florida Bar No. 0058366
chiua@jacksonlewis.com
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:     (407) 246-8440
Facsimile:     (407) 246-8441

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September, 2017, the foregoing was electronically filed with the Clerk of the Court by using Florida Courts E-filing Portal which will send a notice of electronic filing to:  Marc R. Edelman, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, Suite 700, Tampa, FL  33602.

*/s/ Laura E. Prather*
Laura E. Prather, B.C.S.