UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ANDRE JONES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 6:17-CV-01625-CEM-TBS ) |
| ALCLEAR, LLC d/b/a CLEAR, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S RESPONSE TO THE COURT'S
## ORDER TO SHOW CAUSE

Defendant ALCLEAR, LLC d/b/a CLEAR ("Defendant"), through its undersigned counsel, respectfully responds to the Court's September 14, 2017 Order to Show Cause [Dkt. 3], and states as follows:

1. On September 13, 2017, Defendant filed a Notice of Removal of this action based on diversity jurisdiction. [Dkt. 1].

2. On September 14, 2017, the Court issued an Order to Show Cause why this action should not be remanded for lack of diversity jurisdiction. [Dkt. 3]. In particular, the Court stated that "Defendant is a limited liability company" and that "[t]he Notice fail[ed] to provide the citizenship of each and every member of the limited liability company, as required." *Id*.

3. Upon more involved scrutiny in response to the Court's Order to Show Cause, it appears that complete diversity does not exist. Defendant's only member is another LLC, which has one minority member with Florida citizenship about which the undersigned counsel was unaware at the time of removal.

1

4.       Accordingly, Defendant withdraws its petition for removal and respectfully requests that the Court remand this matter back to the Ninth Judicial Circuit.

DATED this 21st day of September, 2017.

                                         Respectfully submitted,

                                         */s/ Alicia M. Chiu*
                                         Laura E. Prather, Esq.
                                         Florida Bar No.: 870854
                                         laura.prather@jacksonlewis.com
                                         JACKSON LEWIS PC
                                         Wells Fargo Center
                                         100 South Ashley Drive - Suite 2200
                                         Tampa, FL  33602
                                         Telephone:   (813) 512-3210
                                         Facsimile:   (813) 512-3211

                                         Alicia M. Chiu
                                         Florida Bar No. 0058366
                                         chiua@jacksonlewis.com
                                         JACKSON LEWIS P.C.
                                         390 North Orange Avenue, Suite 1285
                                         Orlando, Florida 32801
                                         Telephone:    (407) 246-8440
                                         Facsimile:     (407) 246-8441

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Marc R. Edelman, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, Suite 700, Tampa, FL  33602.

                                         */s/ Alicia M. Chiu*
                                           Alicia M. Chiu