UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDRE JONES,**

       **Plaintiff,**

v.                                                           **Case No:  6:17-cv-1625-Orl-41TBS**

**ALCLEAR, LLC,**

       **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on review of Defendant's Response (Doc. 6) to the Court's Order to Show Cause (Doc. 3) why this case should not be remanded for lack of subject matter jurisdiction. Defendant agrees that there is not complete diversity in this case and that, as a result, this case should be remanded to the Ninth Judicial Circuit. (Doc. 6 ¶¶ 3–4).

Therefore, it is **ORDERED** that this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2017-CA-006770-O. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 28, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Clerk of the Court of the Ninth Judicial Circuit in and for Orange County, Florida